Dismissed and Memorandum Opinion filed August 27,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00381-CV

____________

 

BHAGVAT S. PATEL AND ROGER DALE
MANAGEMENT, INC., Appellants

 

V.

 

RONNIE SAM PATEL AND HOUSTON MOTEL 

INVESTMENT GROUP, L.L.C., Appellees

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-09700

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 23, 2009.  On
August 19, 2009, appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Anderson, Guzman, and
Boyce.